Submitted on record and briefs May 8, affirmed June 3, 1992

## RICHARD E. MILLER,
*Appellant,*

*v.*

## STATE OF OREGON,
*Respondent.*

(90-CV-0684-CC; CA A66938)

830 P2d 639

David G. Terry, Roseburg, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Bartz v. State of Oregon,* 110 Or App 614, 825 P2d 657, *rev allowed* 313 Or 209 (1992); *Boone v. Wright,* 110 Or App 281, 822 P2d 719 (1991), *rev allowed* 313 Or 209 (1992).